IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDRIS MUNSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 08-5131 |
| THE CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of July, 2009, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 5), it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE